# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF KANSAS CITY PENSION FUND, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 11-1161-CV-W-FJG |
| IXL, LLC | ) ) ) |
| Defendant. | ) |

## CONSENT JUDGMENT

Defendant IXL, LLC has consented to entry of a judgment against it in the sum of fifty thousand one-hundred and ninety dollars and twenty-three/100 ($ 50,190.23), with each party bearing its own costs and attorneys' fees. Accordingly, judgement is hereby entered in favor of plaintiffs and against defendant IXL, LLC in the amount of $50,190.23. All remaining claims for any additional relief sought in plaintiffs' Complaint is hereby **DISMISSED**.

Date:  2/10/2012  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
Chief United States District Judge